## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

    Plaintiff,

v.                                                                   No. CV 19-250 RB/CG

RUDY FIELDS, et al.

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff's *Motion to Compel and Sanction County Defendants*, (Doc. 60), filed August 8, 2019.

**IT IS HEREBY ORDERED** that a Motion Hearing will be held by telephone on **Thursday, September 5, 2019, at 1:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE