IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

    Plaintiff,

v.                                                            No. CV 19-250 RB/CG

RUDY FIELDS, et al.

    Defendants.

## ORDER RESETTING MOTION HEARING

**THIS MATTER** is before the Court on its *Order Setting Telephonic Motion Hearing*, (Doc. 62), filed August 9, 2019. After conferring with counsel, the Court will **VACATE** the Telephonic Motion Hearing set for Thursday, September 5, 2019, and **RESET** the Motion Hearing to be held on **Monday, September 9, 2019, at 8:30a.m.** in the Hondo Courtroom at the **Pete V. Domenici Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico**.

**IT IS HEREBY ORDERED** that the Telephonic Motion Hearing scheduled for September 5, 2019 is **VACATED** and the Motion Hearing is **RESET** for September 9, 2019 at 8:30a.m. in the Hondo Courtroom, in Albuquerque, New Mexico.

**IT IS SO ORDERED**.

                                                     THE HONORABLE CARMEN E. GARZA
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE