IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

       Plaintiff,

v.                                                            No. CV 19-250 RB/CG

RUDY FIELDS, et al.

       Defendants.

## **ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Modify Scheduling Order* (the "Joint Motion"), (Doc. 66), filed August 19, 2019. In their Joint Motion, the parties explain that a number of discovery disputes, including two Motions to Compel and one upcoming Motion hearing, have delayed the parties' scheduled depositions. (Doc. 66 at 1-2). The parties therefore request the Court extend all current discovery deadlines by sixty days, to permit the retained experts enough time to complete their reports. *Id.* at 2. After reviewing the Joint Motion and the relevant deadlines in this case, the Court finds the Joint Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that this case shall be placed on a **210-day discovery track**, instead of the previously designated 150-day discovery track. As such:

1. Discovery shall be completed by **December 20, 2019**;
2. Motions relating to discovery shall be filed with the Court and served on opposing parties by **January 13 2020**;

3. Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **October 21, 2019**;

4. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **November 19, 2019**;

5. Pretrial motions shall be filed with the Court and served on the opposing party by **January 21, 2020**;

6. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **March 9, 2020**; Defendant to the Court on or before **March 23, 2020**.

No other dates or deadlines in this case are altered as a result of this Order, including the presiding Judge's Initial Pretrial Conference, (Doc. 38) (scheduled for July 24, 2020), Final Pretrial Conference, (Doc. 39) (scheduled for August 28, 2020), and Jury Selection and Trial, (Doc. 40) (scheduled for September 21, 2020).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE