## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

       Plaintiff,

v.                                                                  No. CV 19-250 RB/CG

RUDY FIELDS, et al.

       Defendants.

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Modify the Court's Amended Scheduling Order* (the "Joint Motion"), (Doc. 111), filed December 9, 2019. In their Joint Motion, the parties explain that due to scheduling conflicts the depositions of Lieutenant Robert Chavez, Detective Frank Tomlinson, Douglas Wood, and Glenn Thomas have been rescheduled for January 2020. (Doc. 111 at 1-2). As a result, the parties request a "limited modification" of discovery to allow for the January 2020 depositions. (Doc. 111 at 2). After reviewing the Joint Motion, the Court finds the Joint Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery, limited to the depositions of Lt. Chavez, Det. Tomlinson, Defendant Wood, and Mr. Thomas, must be completed by **January 31, 2020**. All other discovery shall be completed by the current deadline of **December 20, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE