EXHIBIT No. 1



the law office of
Cristy J. CARBÓN-GAUL

505.899.5696 | cristy@carbon-gaul.com
10515 4th Street NW | Albuquerque, NM 87114 | carbon-gaul.com

October 21, 2019

*VIA EMAIL* mesquivel@esqlawnm.org
AND BY REGULAR MAIL

Martin Esquivel
Esquivel and Howington, LLC
111 Lomas Blvd. N.W., Suite 203
Albuquerque, NM 87102

RE: Shannon Szuszalski v. Rudy Fields, *et al.*; In the United States District Court for the District of New Mexico; Case No. CV-19-250-RB/CG

Dear Mr. Esquivel:

Enclosed is the invoice pursuant to the Order issued on September 17, 2019 awarding Plaintiff mandatory expenses and attorney's fees related to Motion to Compel.

Additionally, we enclose a copy of the previous invoice. The JSR states you would pay this two weeks from the date the JSR was filed—that being September 26.

Please comply with the Court's orders by October 28, 2019.

Very truly yours,

Cristy J. Carbón-Gaul

CJC:jmb

Enclosure

# Invoice

**Invoice #:** 3138
**Invoice Date:** 10/14/2019
**Due Date:** 10/14/2019

**Bill To:**

IMO Linda Baragiola

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 6/28/2019 | Began drafting Motion to Compel-Factual Section and exhibits. | 2.9 | 250.00 | 725.00T |
| 6/28/2019 | review previous correspondence to opposing counsel and review discovery requests and responses to confirm outstanding discovery; finished drafting good faith letter to County's attorney regarding Fields's responses | 0.4 | 250.00 | 100.00T |
| 6/28/2019 | Draft June 28, 2019 Letter to Opp. Counsel regarding Court's order granting Motion to Compel and request for fees. | 0.9 | 250.00 | 225.00T |
| 7/4/2019 | Research default judgment issue since County still hasn't provided initial disclosures. | 1.6 | 250.00 | 400.00T |
| 7/5/2019 | Continue drafting 2nd motion to compel | 3.4 | 250.00 | 850.00T |
| 7/8/2019 | Continue drafting of 2nd motion for sanctions and to compel | 4.2 | 250.00 | 1,050.00T |
| 7/8/2019 | Draft letter to county regarding non-response to 6/28 Good Faith letter | 0.2 | 250.00 | 50.00T |
| 7/9/2019 | Research Rule 37 sanctions as it relates to failure to respond after a court order and continued failure to respond to discovery. | 2.6 | 250.00 | 650.00T |
| 7/11/2019 | Draft email to opposing counsel regarding accident reconstruction produce in County's initial disclosures | 0.1 | 250.00 | 25.00T |
| 7/17/2019 | Review opposing counsels email regarding status of discovery responses | 0.2 | 250.00 | 50.00T |
| 7/22/2019 | Draft email response to opposing counsel regarding discovery issues and his email from July 17, 2019 | 0.1 | 250.00 | 25.00T |

Please mail payment to:
The Law Office of Cristy J. Carbon-Gaul
10515 4th St. NW
Albuquerque, New Mexico 87114

cristy@carbon-gaul.com

**Total**

**Payments/Credits**

**Balance Due**

# Invoice

**Invoice #:** 3138
**Invoice Date:** 10/14/2019
**Due Date:** 10/14/2019

**Bill To:**

IMO Linda Baragiola

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 7/23/2019 | Draft detailed email to opposing counsel regarding prior communications about discovery issues, 2nd motion to compel, and necessity of canceling the depositions | 0.6 | 250.00 | 150.00T |
| 7/25/2019 | review and respond to opposing counsel's email regarding missing discovery. | 0.2 | 250.00 | 50.00T |
| 7/25/2019 | Draft good faith letter regarding Fields's and County's discovery answers | 1.9 | 250.00 | 475.00T |
| 7/31/2019 | Draft 3rd good faith letter to opposing counsel regarding discovery deficiencies | 1.1 | 250.00 | 275.00T |
| 8/1/2019 | Draft email to opposing counsel regarding discovery issues, prepared exhibits to attach to email. | 1.6 | 250.00 | 400.00T |
| 8/2/2019 | Draft 2nd Motion to Compel - revising fact section and begin preparation of exhibits | 2.4 | 250.00 | 600.00T |
| 8/5/2019 | Finalizing fact section to date for motion to compel | 1.1 | 250.00 | 275.00T |
| 8/7/2019 | Prepare discovery chart detailing what discovery is still missing | 2.2 | 250.00 | 550.00T |
| 8/7/2019 | Draft 4th and Final good faith letter prior to filing 2nd motion to compel | 1.7 | 250.00 | 425.00T |
| 8/7/2019 | Finish drafting of motion to compel | 1.8 | 250.00 | 450.00T |
| 8/8/2019 | Finalize exhibits and 2nd motion to compel/ sanctions | 3.7 | 250.00 | 925.00T |
| 8/12/2019 | draft letter regarding discovery, IPRA requests detailing the timeline of requests and correspondence with opposing counsel | 2.5 | 250.00 | 625.00T |
| 8/13/2019 | prepare for and attend Discovery Status conference relating to 2nd motion to compel | 0.7 | 250.00 | 175.00T |

Please mail payment to:
The Law Office of Cristy J. Carbon-Gaul
10515 4th St. NW
Albuquerque, New Mexico 87114

cristy@carbon-gaul.com

**Total**

**Payments/Credits**

**Balance Due**

# Invoice

**Invoice #:** 3138
**Invoice Date:** 10/14/2019
**Due Date:** 10/14/2019

**Bill To:**

IMO Linda Baragiola

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 8/16/2019 | Discovery meeting with opposing counsel to resolve remaining discovery issues | 2 | 250.00 | 500.00T |
| 8/19/2019 | Draft letter to confirm and follow-up regarding meeting with opposing counsel on August 16, 2019 | 0.6 | 250.00 | 150.00T |
| 8/22/2019 | Review County's response to 2nd motion to compel | 0.2 | 250.00 | 50.00T |
| 9/2/2019 | Begin drafting Reply brief on 2nd motion to compel | 1.2 | 250.00 | 300.00T |
| 9/4/2019 | Finish drafting of reply brief regarding 2nd motion to compel | 3.9 | 250.00 | 975.00T |
| 9/5/2019 | Draft JSR relating to discovery and 2nd motion to compel | 0.4 | 250.00 | 100.00T |
| 9/5/2019 | Prepare exhibits and finalized reply regarding 2nd. motion to compel | 2.2 | 250.00 | 550.00T |
| 9/6/2019 | Attend telephonic conference with Court regarding JSR, Reply Brief and upcoming hearing | 0.2 | 250.00 | 50.00T |
| 9/12/2019 | Draft amended JSR concerning outstanding discovery and 2nd motion to compel | 1.5 | 250.00 | 375.00T |
| | Sales Tax | | 7.875% | 990.28 |

Please mail payment to:
The Law Office of Cristy J. Carbon-Gaul
10515 4th St. NW
Albuquerque, New Mexico 87114

cristy@carbon-gaul.com

**Total** $13,565.28

**Payments/Credits** $0.00

**Balance Due** $13,565.28

Page 3