# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

      Plaintiff,

v.                                                                        CV No. 19-250 RB/CG

RUDY FIELDS, et al.

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING ON MOTIONS

**THIS MATTER** is before the Court on Defendants' *Motion to Clarify September 17, 2019 Order [Doc. 78]*, (Doc. 118), filed January 6, 2020; Defendants' *Motion to Compel Production of Non-privileged Notes by Expert Witness*, (Doc. 119), filed January 6, 2020; and Plaintiff's *Petition and Memorandum for Attorney's Fees and Costs as Ordered by the Court on September 17, 2019 Pursuant to Rule 37(b)(2)(C)*, (Doc. 120), filed January 7, 2020.

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Response to Defendants' *Motion to Clarify September 17, 2019 Order [Doc. 78]*, (Doc. 118), is due no later than **January 15, 2020**; Defendants may file a Reply no later than **January 22, 2020**;

(2) Plaintiff's Response to Defendants' *Motion to Compel Production of Non-Privileged Notes by Expert Witness*, (Doc. 119), is due no later than **January 15, 2020**; Defendants may file a Reply no later than **January 22, 2020**;

(3) Defendants' Response to Plaintiff's *Petition and Memorandum for Attorney's Fees and Costs as Ordered by the Court on September 17, 2019 Pursuant to*

*Rule 37(b)(2)(C)*, (Doc. 120), is due no later than **January 15, 2020**; Plaintiff may file a Reply no later than **January 22, 2020**.

(4) Oral argument on the Motions is set for **January 27, 2020 at 10:00 a.m.**, **in the United States Courthouse, 100 North Church Street, Las Cruces, New Mexico, Organ Courtroom**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE