# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHANNON SZUSZALSKI

    Plaintiff,

v.                                                                        No. CV 19-250 RB/CG

RUDY FIELDS, et al.

    Defendants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court on Defendants' *Motion to Clarify September 17, 2019 Order [Doc. 78]*, (Doc. 118), filed January 6, 2020; *Defendants Sandoval County Board of Commissioners, Rudy Fields, and Douglas Wood's Motion Compel Production of Non-Privileged Notes by Expert Witness*, (Doc. 119), filed January 6, 2020; *Plaintiffs' Petition and Memorandum for Attorney's Fees and Costs as Ordered by the Court on September 17, 2019 Pursuant to Rule 37(b)(2)(C) – See [Doc 88 p. 2] and for Fees and Costs Associated with the Filing of this Petition for Sanctioned Fees*, (Doc. 120), filed January 7, 2020; and the parties' respective response briefs and replies, (Doc. 126), (Doc. 127), (Doc. 128), (Doc. 136), (Doc. 138).

In light of the parties' briefing and the issues presented for review, the Court will **VACATE** the Motion Hearing scheduled for January 27, 2020, at 10:00a.m., and will instead issue a written decision on the merits of the parties' contentions.

**IT IS SO ORDERED**.

                                       THE HONORABLE CARMEN E. GARZA
                                       CHIEF UNITED STATES MAGISTRATE JUDGE