# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | August 28, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. James P. Barrett
Eaton Law Office
P.O. Box 25305
Albuquerque, NM 87125-5305

Ms. Marianne Bowers
Youtz & Valdez
900 Gold Avenue, SW
Albuquerque, NM 87102-0000

Ms. Cristy J Carbon-Gaul
The Law Office of Cristy J. Carbon-Gaul
10515 4th Street NW
Albuquerque, NM 87114

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Mr. Martin Rene Esquivel
Ms. Katherine A. Howington
Esquivel & Howington
111 Lomas Boulevard N.W., Suite 203
Albuquerque, NM 87102

Mr. Jack B Jacks
Law Office of J.B. Jacks
10515 4th St. NW
Albuquerque, NM 87114

**RE:**    **20-2075, Szuszalski v. Fields, et al**
           Dist/Ag docket: 1:19-CV-00250-RB-CG

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/sds