FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 28, 2020

Christopher M. Wolpert  
Clerk of Court

---

SHANNON SZUSZALSKI, individually, and as personel representative for the Estate of Linda Baragiola,

    Plaintiff - Appellant,

v.

RUDY FIELDS, individually; SANDOVAL COUNTY BOARD OF COMMISSIONERS; DOUGLAS C. WOOD, Sheriff; JANET LOPEZ, individually,

    Defendants - Appellees.

No. 20-2075  
(D.C. No. 1:19-CV-00250-RB-CG)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk